Dear Clerk,                                                      5-3-20

I am writing concerning a case that is currently closed (16-cv-960) and the federal filing fee associated with the above case. As you can see from the trust account statement attached, all of my wages and incoming funds from family and friends are being garnished as a result of all the fee(s) listed under my debts and obligations. In particular, you'll see that all that remains left of the original amount of funds owed towards my filing fee is in the amount of $67.80. For some unknown reason my trust statement reflects that the amount of $33.64 is being withheld and hasn't been distributed to the court yet. I recently wrote to the Inmate Account's Department here inquiring about allowable uses for the funds in my Release account in hopes of using those funds to pay off my remaining federal filing fee balance. I was told that under DAI policy 309.45.02(A), titled Release Funds Allowable uses, it states: PLRA fees - Fees which are required by state or Federal PLRA to be payable from Release accounts (with notification from the courts). I am requesting that you either forward a copy of this letter to the Judge who presided over case No. 16-cv-960, or that you please petition the Judge on my behalf for authorization to use my Release funds towards my remaining Federal filing fee balance!

Thank you for your time and consideration!
Respectfully,
Devonte Williams #561638
WSPF
PO Box 1000
Boscobel, WI 53805

cc: personal copy

Devonte Williams